| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Khalsa, Kirtan K. | 2. Court or Organization<br><br>United States District Court for the District of New Mexico | 3. Date of Report<br><br>10/29/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (full-time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Pete V. Domenici United States Courthouse<br>333 Lomas Blvd.<br>Albuquerque, NM 87102 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Kennedy & Han 401k Retirement Plan with former law firm of which I was an associate attorney, no control (rolled over into SEP-IRA effective June 2016) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 10/29/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Fine Law Firm, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Khalsa, Kirtan K.** | 10/29/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Manzano Day School | Tuition | J |
| 2. | Albuquerque Academy | Tutition | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 10/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | PruLife Custom Premier II Life Insurance Policy (2 policies) | A | Int./Div. | J | T | | | | | |
| 2. | Scholars Edge 529 Plan Age 9-11 Years Portfolio A | | None | J | T | | | | | |
| 3. | Land Tract 1, Bernalillo County, NM | | None | M | W | | | | | |
| 4. | Land Tract 1, Sandoval County, NM | | None | J | W | | | | | |
| 5. | Land Tract 2, Sandoval County, NM | | None | K | W | | | | | |
| 6. | Land Tract 3, Sandoval County, NM | | None | K | W | | | | | |
| 7. | SEP-IRA | | | | | | | | | |
| 8. | - Apple Inc. Stock (AAPL) | A | Dividend | J | T | | | | | |
| 9. | - Apple Inc. Stock (AAPL) | | | | | Sold (part) | 10/26/17 | J | B | |
| 10. | - Apple Inc. Stock (AAPL) | | | | | Buy (add'l) | 06/28/17 | J | | |
| 11. | - Apple Inc. Stock (APPL) | | | | | Sold (part) | 02/02/17 | L | D | |
| 12. | - Apple Inc. Stock (APPL) | | | | | Sold (part) | 01/20/17 | K | D | |
| 13. | - Amazon Com Inc. (AMZN) | | | | | Sold | 10/27/17 | K | C | |
| 14. | - Amazon Com Inc. (AMZN) | | None | | | Buy | 06/28/17 | K | | |
| 15. | - Alphabet Inc. Class A (GOOGL) | | | | | Sold | 12/15/17 | L | B | |
| 16. | - Alphabet Inc. Class A (GOOGL) | | None | | | Buy | 11/20/17 | L | | |
| 17. | - Alphabet Inc. Class A (GOOGL) | | | | | Sold | 10/27/17 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 10/29/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Alphabet Inc. Class A (GOOGL) | | None | | | Buy (add'l) | 06/30/17 | K | | |
| 19.  - Alphabet Inc. Class A (GOOGL) | | None | | | Buy | 06/28/17 | K | | |
| 20.  - Alphabet Inc. Class C (GOOG) | | | | | Sold | 12/15/17 | L | B | |
| 21.  - Alphabet Inc. Class C (GOOG) | | None | | | Buy (add'l) | 12/05/17 | K | | |
| 22.  - Alphabet Inc. Class C (GOOG) | | None | | | Buy | 11/20/17 | L | | |
| 23.  - Alphabet Inc. Class C (GOOG) | | | | | Sold | 10/27/17 | K | C | |
| 24.  - Alphabet Inc. Class C (GOOG) | | None | | | Buy (add'l) | 06/30/17 | K | | |
| 25.  - Alphabet Inc. Class C (GOOG) | | None | | | Buy | 06/28/17 | K | | |
| 26.  - Alphabet Inc. Class C (GOOG) | | | | | Sold | 01/20/17 | K | C | |
| 27.  - Netflix Inc. (NFLX) | | | | | Sold | 10/26/17 | J | C | |
| 28.  - Netflix Inc. (NFLX) | | None | | | Buy | 06/28/17 | J | | |
| 29.  - Alibaba Group Holding Ltd. (BABA) | | None | | | Sold | 10/30/17 | K | C | |
| 30.  - Alibaba Group Holding Ltd. (BABA) | | | | | Buy (add'l) | 06/30/17 | J | | |
| 31.  - Alibaba Group Holding Ltd. (BABA) | | | | | Buy | 06/28/17 | J | | |
| 32.  - American Express Company (AXP) | A | Dividend | | | Sold | 10/26/17 | J | A | |
| 33.  - Orexigen Therapeutics Inc (OREX) | | None | J | T | | | | | |
| 34.  - Twitter Inc. (TWTR) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 10/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Bravatek Solutions Inc. (ECRYD) (Y) | | | | | | | | | |
| 36. - Ecrypt Technologies Inc. (ECRY) (Y) | | | | | | | | | |
| 37. - Vanguard Prime Money Market Fund | B | Dividend | M | T | | | | | |
| 38. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 12/19/17 | L | | |
| 39. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 12/18/17 | L | | |
| 40. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 12/07/17 | L | | |
| 41. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 12/04/17 | K | | |
| 42. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 11/22/17 | M | | |
| 43. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 11/10/17 | J | | |
| 44. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 11/01/17 | K | | |
| 45. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 10/31/17 | M | | |
| 46. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 10/30/17 | K | | |
| 47. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 07/06/17 | K | | |
| 48. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 07/03/17 | M | | |
| 49. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 02/07/17 | L | | |
| 50. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 01/25/17 | L | | |
| 51. - Vanguard Target Retirement 2035 Mutual Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 10/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard NM Unif. Transfer to Minors Account | | | | | | | | | |
| 53. - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 54. - Vanguard Target Retirement 2025 Mutual Fund | A | Dividend | J | T | | | | | |
| 55. Vanguard NM Uniform Transfer to Minors Account | | | | | | | | | |
| 56. - Vanguard Prime Money Market | A | Dividend | J | T | | | | | |
| 57. - Vanguard Target Retirement 2020 Mutual Fund | A | Dividend | J | T | | | | | |
| 58. - Exone (XONE) | | None | J | T | | | | | |
| 59. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 10/29/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 10/29/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kirtan K. Khalsa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544